David E. Bower
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 601-2610

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL GROSS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., LLOYD A. CARNEY, JUDY BRUNER, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, DAVID L. HOUSE, L. WILLIAM KRAUSE, DAVID E. ROBERSON, and SANJAY VASWANI,<br><br>Defendants. | Civil Action No. 5:16-cv-07173-EMC |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITHOUT PREJUDICE AND PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on November 2, 2016, Brocade Communications Systems, Inc. ("Brocade" or the "Company") announced that it had entered into a definitive merger agreement (the "Merger Agreement"), pursuant to which a wholly owned subsidiary of Broadcom will merge with and into Brocade (the "Proposed Transaction");

**STIPULATION TO DISMISS**

WHEREAS, on December 6, 2016, Brocade filed a preliminary proxy statement (the "Preliminary Proxy") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

WHEREAS, on December 14, 2016, Plaintiff Melvin Gross ("Plaintiff"), a shareholder of Brocade, filed a Class Action Complaint in the above captioned action (the "Action") alleging Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder (the "Exchange Act") by causing the allegedly materially incomplete and misleading Proxy to be filed;

WHEREAS, on December 20, 2016, Brocade filed a definitive proxy statement (the "Definitive Proxy") with the SEC setting a shareholder meeting on January 26, 2017;

WHEREAS, on December 23, 2016, Plaintiff sent a formal demand letter to Defendants stating that the Definitive Proxy had failed to address his alleged disclosure violations and providing legal authority in support of the alleged disclosure violations in his Class Action Complaint;

WHEREAS, on January 18, 2017, Brocade filed an amended proxy containing supplemental disclosures addressing certain disclosure allegations in the Action (the "Supplemental Disclosures");

WHEREAS, Plaintiff contends that the prosecution of the Action was a cause of the decision to make the Supplemental Disclosures, and Defendants dispute that contention;

WHEREAS, the Supplemental Disclosures moot the disclosure claims asserted in the Action;

NOW THEREFORE, pursuant to the stipulations of the parties, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. Plaintiff hereby agrees to voluntarily dismiss the Action, without prejudice to Plaintiff;

3. Plaintiff contends that the Supplemental Disclosures were issued by Defendants in response to this Action and the efforts of Plaintiff's counsel to prosecute disclosure claims, and Plaintiff therefore asserts that his counsel is entitled to a fee and expense award;

4. Defendants dispute Plaintiff's contention and deny that Plaintiff's counsel are entitled to a fee and expense award; and

5. This Court retains continuing jurisdiction over the parties in the Action solely for purposes of further proceedings related to the adjudication of Plaintiff's anticipated application for an award of attorneys' fees and expenses.

DATED: February 6, 2017

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com

Respectfully submitted,

By:*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 601-2610
Email:  dbower@monteverdelaw.com

*Counsel for Plaintiff*

3
**STIPULATION TO DISMISS**

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff*

          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation

          By: /s/ *Boris Feldman*
          Boris Feldman
          650 Page Mill Road
          Palo Alto, CA 94304
          Telephone: (650) 493-9300
          Facsimile: (650) 493-6811
          boris.feldman@wsgr.com

          Attorneys for Defendants Brocade Communications Systems, Inc., Lloyd A. Carney, Judy Bruner, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani

**IT IS SO ORDERED.**

> Because this case has been related to an earlier-filed case (C-16-7081 EMC) as well as several other cases, the Court expects Plaintiff in the instant case to meet and confer with plaintiffs' counsel in the other cases as to the appropriate timing of any fee motion.

United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

5
**STIPULATION TO DISMISS**